# JUSTIN C. BONUS, ESQ.

## ATTORNEY AT LAW

JUSTIN C. BONUS, ESQ.                118-35 QUEENS BOULEVARD, SUITE 400              TEL.  (347) 920-0160
JUSTIN.BONUS@GMAIL.COM                     FOREST HILLS, NY 11375                    FAX: (917) 475-0682

October 31, 2025

Honorable Lee G. Dunst
United States District Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Andre Perez v. Nassau County, et al.*, 2:25-cv-01558-LGD
Via:    *ECF*

Your Honor:

This office represents Andre Perez in reference to the above-captioned matter. The Parties write the Court to request an adjournment of the Court's mediation conference scheduled for November 20, 2025.

The parties are finishing the exchange of paper discovery. Plaintiff intends to submit a formal demand to the Defendants on Tuesday, November 4, 2025. As such, the Defendants need further time to review discovery and consider the Plaintiff's demand.

We appreciate the Court's consideration to our request.

Sincerely,

/s/Justin Bonus_____
Justin Bonus, Esq.

Cc;
NICHOLAS ZOTTO
Deputy County Attorney
Attorneys for Nassau County Defendants
One West Street
Mineola, New York 11501
(516) 571-3012