# JUSTIN C. BONUS, ESQ.

## ATTORNEY AT LAW

JUSTIN C. BONUS, ESQ.                118-35 QUEENS BOULEVARD, SUITE 400                TEL. (347) 920-0160
JUSTIN.BONUS@GMAIL.COM                FOREST HILLS, NY 11375                FAX: (917) 475-0682

November 20, 2025

Honorable Lee G. Dunst
United States District Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Andre Perez v. Nassau County, et al.*, 2:25-cv-01558-LGD
Via:    *ECF*

Your Honor:

This office represents Andre Perez in reference to the above-captioned matter. The Parties write the Court to provide a joint status update.

The parties have finished paper discovery. Plaintiff has submitted a demand to the defendants, of which the defendants are considering. The parties intend to start scheduling depositions if there is no resolution.

We appreciate the Court's consideration.

Sincerely,


/s/Justin Bonus_____
Justin Bonus, Esq.

Cc;
NICHOLAS ZOTTO
Deputy County Attorney
Attorneys for Nassau County Defendants
One West Street
Mineola, New York 11501
(516) 571-3012